**HIGH PERFORMANCE STL, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**WD 80566**

Missouri Court of Appeals, Western District.

ORDER FILED: November 7, 2017

Rehearing Denied December 14, 2017

William F. Whealen, Jr., St. Louis, MO, for appellant.

Bart A. Matanic, Jefferson City, MO, for respondent.

Before Division One: Cynthia L. Martin, Presiding Judge, James Edward Welsh, Judge and Karen King Mitchell, Judge

## ORDER

Per curiam:

High Performance STL appeals from a decision by the Labor and Industrial Relations Commission, which found that workers engaged as volleyball coaches performed services for High Performance in "employment," and for "wages," within the meaning of sections 288.034 and 288.036, respectively. High Performance argues that there was not sufficient competent evidence in the record to support the Commission's decision. We affirm the Commission's decision. Rule 84.16(b).